IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 15-cr-00450-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS ADOLFO GARCIA;
2. LUIS RIOS-CORTES,

    Defendants.

---

**SETTING AND TRIAL PREPARATION ORDER
MULTI-DEFENDANT CASE – DURANGO/GRAND JUNCTION**

---

THIS MATTER comes before the Court for setting of pretrial deadlines.  Trial has been set for January 4, 2015.  In anticipation that motions to continue this trial date may be filed and to facilitate pre-trial preparation,

**IT IS HEREBY ORDERED:**

**A.  MOTIONS**

1. Pretrial motions[1] shall be filed on or before **December 14, 2015**.  Responses shall be filed on or before **December 21, 2015**.  **Absent a specific directive to the contrary, responses to all motions in this case shall be filed within seven days.**  The

---

[1] A request for a *James* determination shall be made through a jointly filed motion accompanied by a completed chart in conformance with Exhibit A attached hereto.  **No hearing will be conducted**.  Based upon the joint motion and chart, prior to trial, the Court will issue a written advisory ruling premised upon the assumption that all identified evidence as to the alleged conspiracy is admitted at trial and a proffer of the identified statements pursuant to Fed.R.Evid. 801(d)(2)(E) is made.

>Government's response to any suppression motion shall include the estimated time needed for an evidentiary hearing on the motion.

2. A Motion Hearing will be set for **December 23, 2015, at 10:00 a.m**. At a non-evidentiary hearing, non-evidentiary motions will be resolved or set for further determination. At an evidentiary hearing, the evidentiary matters will be determined. Both type of hearings may be set during a term week. Please confer prior to the hearing to narrow the issues to be resolved and file appropriate documents resolving the motions prior to the hearing.

### B. PLEA AGREEMENTS

Absent Court Order, a Notice of Disposition shall be filed **no later than 14 days** before the trial date. At the Change of Plea Hearing, the original of the Plea Agreement and Statement in Advance should be marked as exhibits. If an Information is proffered, it should be marked as well. Oral motions to dismiss counts pursuant to the Plea Agreement can be made at the Change of Plea Hearing and, if granted, the order of dismissal will be stayed until the time of sentencing.

### C. TRIAL PREPRATION REQUIREMENTS

1. **Conflicts in Scheduling**. Coninuances of the trial will be granted only in truly exceptional circumstances upon grounds satisfying the provisions of the Speedy Trial Act. The Final Pretrial Conference is set for **December 30, 2015, at 3:00 p.m. by VTC** and will be set in conjunction with the firm trial setting.

2. **Motions and Jury Instructions**. All motions *in limine* and proposed jury instructions must be filed **before** the Final Trial Preparation Conference. All instruction submitted should contain language which is gender neutral or gender correct. Instructions should

contain the caption "Instruction No. ___", and the supporting authority, but no other titles or numbers. Parties should submit stipulated facts and a summary of the charges in the Indictment/Information as separate jury instructions.

3. **Witness List**. **No later than the day of and before** the Final Pretrial Conference, the Government shall file the final Witness List http://www.cod.uscourts.gov/Portals/0/Documents/Judges/MSK/msk_witness.pdf. Please be sure that first and last names are spelled correctly (using capital letters only for proper names) and that any changes in name have been noted, as one copy will be available to the court reporter to avoid the necessity of asking for the spelling of the witness' name.

4. **Exhibit List**. Prior to the conference, counsel shall confer and agree upon the manner of labeling exhibits. Pursuant to such agreement, **no later than the day of and before** the Final Trial Preparation Conference, the Government will file an Exhibit List http://www.cod.uscourts.gov/Portals/0/Documents/Judges/MSK/msk_exhibit.pdf. If known, demonstrative exhibits and documents used to refresh memory shall be listed on the Exhibit List.

If exhibits are to be presented by CD, they shall be labeled thereon. If they are to be presented in hard copy, labels should be affixed prior to trial. All paper exhibits shall be bound, such as in three-ring notebooks or folders, and the notebook or folder labeled with the following information: (i) caption, (ii) charges, (iii) scheduled date and time, (iv) party's name and designation and (v) "original" or "copy," and delivered to the Courtroom Deputy at the Final Trial Preparation Conference.

5. *Voir Dire* **Questions.** The Court will conduct *voir dire* which will be composed of its own questions and those submitted by counsel. Proposed *voir dire* questions shall be filed **no later than the day of and before** the Final Trial Preparation Conference.

6. **Terminology. At least one week before** the Final Trial Preparation Conference, parties shall file a glossary of any unusual or technical terminology. The glossary should also include names of persons who will be mentioned during the course of trial but are not parties to the litigation. Capitalize proper names, only.

7. **Video and Special Equipment.** If you intend to use electronic equipment advise the Courtroom Deputy **at least one week before** trial and make an appointment for training.

8. **Trial Briefs.** Briefs shall be filed before the Final Trial Preparation Conference. Unless otherwise specified, trial briefs shall be limited to 5 pages.

9. **Issues to be addressed at the Final Trial Preparation Conference.** The parties shall be prepared to address the following issues:

   1) Jury selection;

   2) Sequestration of witnesses;

   3) Timing of presentation of witnesses and evidence;

   4) Anticipated evidentiary issues (need for scheduling of hearings outside the presence of the jury);

   5) Any stipulations as to face of law; and

   6) Any other issue affecting the duration or course of the trial.

DATED this 1st day of December, 2015.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Court