IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 15-cr-450-MSK-GPG          Court Deputy: P. Howell
Date: January 27, 2016                        Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

**LUIS ADOLFO GARCIA (Def. 1)**
LUIS RIOS-CORTES (Def 2),
Defendants.

_____

Minutes-Motion to Reconsider Detention
_____

2:09 p.m.

Defendant (1), Luis Adolfo Garcia appeared in custody with attorney Marnie Adams. AUSA
Peter Hautzinger appeared. Probation Officer, Sherrie Blake appeared

The court heard argument of counsel, statement from Probation officer and has reviewed Pretrial
Services Report.

*The court finds there are no conditions of release that would assure public safety or defendant's
appearance for future court hearings.

*ORDER: Defendant's Motion to Reconsider Detention is DENIED.

The court finds defendant's Motion to Withdraw Document No. 49 as moot.

Hearing concluded at: 2:35 p.m.
Hearing duration: 26 minutes