IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 15-cr-450-MSK-GPG | Court Clerk: P. Howell |
| Date: March 30, 2016 | Recorder: Grand Junction |
| | |
| UNITED STATES OF AMERICA, | AUSA, Peter Hautzinger |
| Plaintiff, | |
| | |
| v. | |
| 1). LUIS ADOLFO GARCIA, | Martin Stuart |
| Defendant. | |

**ORDER REGARDING CHANGE OF PLEA AND FED.R.CRIM.P. 11 ADVISEMENT**

This matter came before the Court for a change of plea following the filing of unanimous written consent by the parties to have a United States Magistrate Judge provide advisements and a recommendation.

The Government was represented by Peter Hautzinger.

The Defendant was present, in custody, with attorney Martin Stuart.

The Plea Agreement is submitted pursuant to Federal Rule of Criminal Procedure 11(c)(1)(A)& (B).

The Defendant was re-arraigned with regard to Count I of the Indictment. The Defendant pleads Guilty to Count I of the Indictment.

The Defendant was sworn and advised regarding:

1). The terms and provision of the proposed plea agreement (Ex.1);

2). All matters contained in Federal Rule of Criminal Procedure 11(b)(1);

The Court FINDS that:

1). The Defendant is fully competent to proceed, to enter an informed plea of Guilty to Count I of the Indictment.;

2). The Defendant understands his right to proceed by way of Indictment.

3). The Defendant understands the nature of the charges to which he is pleading guilty;

4). The Defendant understands the possible penalties and the effects and consequences of a plea of guilty;

5). The Defendant understands the fundamental Constitutional rights that are being waived including Defendant's right to a jury trial and all the rights associated with a trial;

6). The Defendant's plea of guilty is voluntary and knowingly made;

7). The Defendant is satisfied with the representation of counsel, has been represented through the course of this proceeding, and has no objection, criticism of complaint as to the representation which defendant has received;

8). The Defendant acknowledges and agrees with and to the factual basis and the court finds that both the charge and plea are supported by an independent basis in fact;

9). The Defendant understands that the penalty imposed by the sentencing court will be based, in part, upon the facts stated in the plea agreement and may exceed that which is recommended in it.

10). Pursuant to the Plea Agreement, the government intends to dismiss Counts II and III in the Indictment.

It is hereby ORDERED:

1). The Plea Agreement, Statement by Defendant in Advance of Plea of Guilty to Count I of the Indictment is received.

2). The Probation Department shall conduct a presentence investigation and submit a presentence report as required by Federal Rule of Criminal Procedure 32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as practicable, make arrangements to participate in the presentence investigation and shall fully cooperate with the Probation Department.

3). The Sentencing Hearing is set for July 5, 2016 at 9:00 a.m. before Chief Judge Marcia S. Krieger. Sentencing shall take place at the United States District Court, Wayne Aspinall Federal Building, 400 Rood Avenue, Grand Junction, Colorado 81501.

4). Any motions hearing and/or trial date is vacated. All non-substantive motions are declared moot.

It is Recommended that:
1). The Plea Agreement be accepted.
2). All filed motions be denied as moot.
3). The Government's oral motion to dismiss counts II and III be granted, but the effect of the order is stayed until the time of Sentencing.

The parties may object in writing to the findings and recommendations pursuant to Federal Rule of Criminal Procedure 59(B)(2) within fourteen (14) days.

Dated this 30th day of March, 2016.

        BY THE COURT

        Gordon P. Gallagher
        United States Magistrate Judge